# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>OPPORTUNITY DEBT<br>MANAGEMENT, LLC, a New<br>Jersey Limited Liability Company;<br>CHRIS MIRANDA, an individual;<br>DEFENSE LAWYERS, P.A., a<br>Florida Professional Association;<br>LEE ANDREW STEIN, an<br>individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8:15-cv-00824-JLS-JCx<br><br>**ORDER OF DISMISSAL** |

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party.

DATED this 2nd day of June, 2016.

JOSEPHINE L. STATON

_____
Josephine L. Staton
United States District Court Judge